NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Abraham Dervishian, Esq., CA SBN 262938
Erik Zograbian, Esq., CA SBN 245144
Karabed Mikaelian, Esq., CA SBN 344212
D & Z Law Group, LLP
1646 Victory Blvd.
Glendale, CA 91201
Telephone: 818 937-9433
Facsimile: 818 230-1910

ATTORNEY(S) FOR:  PLAINTIFF GUILLERMINA CRUZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GUILLERMINA CRUZ | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:25-cv-07850 |
| v. | |
| UNITED STATES POSTAL SERVICE; TANISHA MONIA JONES; and Does 1 to 50, | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  GUILLERMINA CRUZ  or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| GUILLERMINA CRUZ | PLAINTIFF |
| UNITED STATES POSTAL SERVICE; | DEFENDANT |
| TANISHA MONIA JONES; | DEFENDANT |

August 13, 2025
Date

Signature  *(signed: Erik Zograbian)*

Attorney of record for (or name of party appearing in pro per):

PLAINTIFF GUILLERMINA CRUZ