# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMINA CRUZ <br><br> PLAINTIFF(S) <br><br> v. <br><br> UNITED STATES POSTAL SERVICE , et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:25–cv–07850–JAK–PVC <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 8/21/2025 | 1 | Complaint |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Attachments 1 Certification and Notice of Interested Parties, 2 Civil Cover Sheet Civil Case Cover Sheet are attached to the Complaint. Each of these documents should have been filed and entered separately under its correct event/relief. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: August 25, 2025    By: /s/ *Geneva Hunt Geneva_Hunt@cacd.uscourts.gov*
                                Deputy Clerk