TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JULIE A. HAMILL (Cal. Bar No. 272742)
Assistant United States Attorney
      Federal Building, Suite 7516
      300 North Los Angeles Street
      Los Angeles, California 90012
      Telephone: (213) 894-2464
      Email: Julie.Hamill@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILERMINA CRUZ,<br><br>              Petitioner,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE; TANISHA MONIA JONES; and Does 1 to 50,<br><br>              Defendants. | No. 2:25-cv-07850-MWF-PVC<br><br>**STIPULATION REGARDING DISMISSAL AND RESPONSE TO COMPLAINT**<br><br><br>Honorable Michael W. Fitzgerald<br>United States District Judge |

1  IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that

    1. The United States Postal Service will file a Notice of Withdrawal of its Motion to Dismiss, filed on December 31, 2025 (Dkt. 12) forthwith.

    2. The United States of America will file a Notice of Substitution and Proposed Order Correcting Caption, substituting in the United States of America for erroneously named defendant TANISHA MONIA JONES, forthwith.

    3. Plaintiff will file a Notice of Dismissal of the United States Postal Service within one day of the United States of America's filing the above-referenced Notice of Substitution.

    4. The United States of America will file an answer to the complaint within two weeks of Plaintiff's dismissal of the United States Postal Service.

Respectfully submitted,

Dated: January 20, 2026

D & Z Law Group, LLP

*/s/ Erik Zagrabian*
Erik Zagrabian
Attorneys for Plaintiff Guillermina Cruz

Dated: January 20, 2026

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JULIE A. HAMILL

*/s/ Julie A. Hamill*
Julie A. Hamill
Assistant United States Attorney

Attorneys for Defendant
United States of America

1

Attestation: All signatories listed have concurred with the stipulation's content and have authorized the filing.

Dated: January 20, 2026

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JULIE A. HAMILL

*/s/ Julie A. Hamill*
Julie A. Hamill
Assistant United States Attorney

Attorneys for Defendant
United States of America