1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILERMINA CRUZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNITED STATES POSTAL SERVICE; TANISHA MONIA JONES; and Does 1 to 50,<br><br>                    Defendants. | No. 2:25-cv-07850-MWF(PVCx)<br><br>**ORDER GRANTING STIPULATION REGARDING DISMISSAL AND RESPONSE TO COMPLAINT**<br><br><br>Honorable Michael W. Fitzgerald<br>United States District Judge |

1  The Court, having received a Stipulation Regarding Dismissal and Response to
2  Complaint (Docket No. 16) from the United States Attorney for the Central District of
3  California, hereby ORDERS as follows:
4     1.   Plaintiff shall file a Notice of Dismissal of the United States Postal Service
5  within one day of the United States of America's filing a Notice of Substitution and
6  Proposed Order Correcting Caption, substituting in the United States of America for
7  erroneously named defendant TANISHA MONIA JONES.
8     2.   The United States of America shall file an answer to the Complaint within
9  two weeks of Plaintiff's dismissal of the United States Postal Service.

Dated: January 21, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge